AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Cowen, Robert E | 2. Court or Organization<br><br>U.S. Court of Appeals 3rd Cir. | 3. Date of Report<br><br>05/05/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Senior U.S. Circuit Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>402 E. State Street<br>Room 207<br>Trenton, NJ 08608 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> *IMPORTANT NOTES:* *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

FINANCIAL DISCLOSURE OFFICE

2008 MAY 12 A 9: 58

RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| Cowen, Robert E | 05/05/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2007 | State of New Jersey |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | New York Intellectual Property Law Assn. | March 23 - 24, 2007 | New York, NY | Dinner | Dinner in Honor of the Federal JJudiciary Meals, Hotel Travel Expenses |
| 2. | The Brookings Institution | April 16 - 20, 2007 | Washington, DC | Educational Seminar | Meals, Hotel |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cowen, Robert E | 05/05/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Alcoa (Common Stock) | A | Dividend | K | T | | | | | |
| 2. American International Group, Inc. (Common Stock) | A | Dividend | K | T | | | | | |
| 3. Artisan Small Cap Fd. (Mutual Fund) | | None | | | Sold | 8/07 | K | | |
| 4. AT & T (Common Stock) | A | Dividend | J | T | Bought | 9/11 | J | | |
| 5. Chevron Texaco Corp. (Common Stock) | A | Dividend | K | T | | | | | |
| 6. Cisco Systems (Common Stock) | | None | K | T | | | | | |
| 7. Citigroup, Inc. (Common Stock) | A | Dividend | J | T | | | | | |
| 8. Citigroup, Inc. (Common Stock) | A | Dividend | | | Partial Sale | 11/09 | J | D | |
| 9. Colgate Palmolive (Common Stock) | A | Dividend | K | T | | | | | |
| 10. Conoco Phillips (Common Stock) | A | Dividend | K | T | | | | | |
| 11. Deere & Co. (Common Stock) | A | Dividend | K | T | | | | | |
| 12. Dell Computer (Common Stock) | | None | J | T | | | | | |
| 13. Dodge & Cox International Stock Fd. (Mutual Fund) | A | Dividend | L | T | | | | | |
| 14. EMC Corp. (Common Stock) | | None | J | T | | | | | |
| 15. ExxonMobil (Common Stock) | A | Dividend | K | T | | | | | |
| 16. FedEx Corp. (Common Stock) | A | Dividend | J | T | | | | | |
| 17. FPA Paramount Fd. (Mutual Fund) | A | Dividend | | | Sold | 8/07 | K | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cowen, Robert E | 05/05/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. General Electric (Common Stock) | B | Dividend | K | T | | | | | |
| 19. Harbor Small Cap FD (Mutual Fund) | A | Dividend | | | Sold | 8/07 | K | A | |
| 20. Intel Corp. (Common Stock) | A | Dividend | K | T | | | | | |
| 21. Johnson & Johnson (Common Stock) | A | Dividend | K | T | | | | | |
| 22. JP Morgan Chase (Common Stock) | A | Dividend | J | T | | | | | |
| 23. McDonalds Corp. (Common SStock) | A | Dividend | J | T | Bought | 9/14 | J | | |
| 24. Medtronic Inc. (Common Stock) | A | Dividend | J | T | | | | | |
| 25. Merrill Lynch (Common Stock) | A | Dividend | J | T | | | | | |
| 26. Merrill Lynch (Common Stock) | A | Dividend | | | Partial Sale | 11/9 | J | A | |
| 27. Microsoft Corp. (Common Stock) | A | Dividend | K | T | | | | | |
| 28. Nokia (Sponsored ADRs) | A | Dividend | J | T | | | | | |
| 29. Pfizer, Inc. (Common Stock) | A | Dividend | J | T | | | | | |
| 30. Proctor & Gamble (Common Stock) | A | Dividend | J | T | Bought | 9/14 | J | | |
| 31. Public Service Enterprise Group Inc. (Common Stock) | A | Dividend | J | T | | | | | |
| 32. Target Corp. (Common Stock) | A | Dividend | J | T | | | | | |
| 33. Trust #1 | D | Int./Div. | N | T | | | | | |
| 34. Middlesex County Impt. Auth. (Municipal Bond) | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cowen, Robert E | 05/05/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Eaton-Vance Tax Free (Municipal Fund) | A | Interest | J | T | | | | | |
| 36. Eaton-Vance Tax Free (Municipal Fund) | A | Interest | J | T | | | | | |
| 37. Merrill-Lynch Capital Trust (Preferred Stock) | A | Interest | J | T | | | | | |
| 38. N.J. Econ. Dev. Auth. Water Fac. 11-01-34 | A | Interest | J | T | | | | | |
| 39. N.J. Healthcare Fac. 7-01-19 | A | Interest | J | T | | | | | |
| 40. N.J. Healthcare Pascack Valley Hospital 7-01-28 | A | Interest | | | Sold | 4/16 | J | B | |
| 41. N.J. Healthcare Kennedy Health Center 7-01-31 | A | Interest | J | T | | | | | |
| 42. Middlesex Cty NJ CTFS 6-15-23 | A | Interest | J | T | | | | | |
| 43. N.J. Econ. Dev. Auth. 5-15-25 | A | Interest | K | T | | | | | |
| 44. N.J. Healthcare Fac. St. Barnabas 7-01-28 | A | Interest | J | T | | | | | |
| 45. Port Auth. NY & NJ 7-15-26 | A | Interest | J | T | | | | | |
| 46. Board of Education, Princeton Regional Schools | B | Interest | K | T | | | | | |
| 47. Indiana State Housing 7-01-26 | A | Interest | J | T | | | | | |
| 48. N.J. Environmental Infra. Tr. 9-01-19 | B | Interest | K | T | | | | | |
| 49. Ft. Lee NJ Impt. G/O 2-15-15 | A | Interest | K | T | | | | | |
| 50. Antelope Valley | A | Interest | J | T | Bought | 4/09 | J | | |
| 51. Antelope Valley | A | Interest | J | T | Bought | 4/09 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cowen, Robert E | 05/05/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  Federal Home Loan 4-02-14 | A | Interest | J | T | | | | | |
| 53.  GMAC 9-15-11 | A | Interest | J | T | | | | | |
| 54.  Oppenheimer NJ Muni Fd. CL A | A | Interest | J | T | Bought | 5/04 | J | | |
| 55.  Evergreen Municipal Bond Fund CL B | A | Interest | J | T | | | | | |
| 56.  Evergreen Municipal Bond Fund CL C | A | Interest | J | T | | | | | |
| 57.  American Funds Tax Exempt Bond Fd. CL C | A | Interest | J | T | | | | | |
| 58.  Treasury Notes - Various Maturities | D | Interest | M | T | | | | | |
| 59.  IRA #1 | B | Int./Div. | L | T | | | | | |
| 60.  - Blackrock Funds Large     Cap CL A | A | Dividend | J | T | | | | | |
| 61.  - Bridgeway FD Inc.         Mutual Fund | A | Dividend | J | T | | | | | |
| 62.  - Causeway INTL Value     Fund | | | | | Sold | 9/25 | J | A | |
| 63.  - Forward FDs Inc.         Hoover Mini Cap FD | | Dividend | J | T | | | | | |
| 64.  - Forward FDs Inc.         Hoover Small Cap FD | | Dividend | J | T | | | | | |
| 65.  - Harbor Small Cap Value     FD | A | Dividend | J | T | | | | | |
| 66.  - Hartford Fortis FDs       Small Cap Growth CL A | | | | | Sold | 9/14 | J | A | |
| 67.  - Hotchkiss & Wiley FDs | A | Dividend | J | T | | | | | |
| 68.  - Julius Baer INVT FDs | | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cowen, Robert E | 05/05/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Keeley Small Cap Value FD | | Dividend | J | T | | | | | |
| 70. - Kinetics Paradigm FD - INST | | Dividend | J | T | | | | | |
| 71. - Legg Mason Value Trust Mutual Fund | | Dividend | J | T | | | | | |
| 72. - Quantative Group Fd. | A | | | | Bought | 5/16 | J | | |
| 73. - Statuit Capital Micro - Lap Fund | | Dividend | J | T | | | | | |
| 74. - TCW Galileo FDs Inc. Mutual Fund | | Dividend | J | T | | | | | |
| 75. - Wells Fargo FDS TR Mutual Fund | | Dividend | J | T | | | | | |
| 76. - Cambiar Opportinity FD | A | Dividend | J | T | | | | | |
| 77. - Goldman Sacks TR Money Market | A | Interest | J | T | | | | | |
| 78. - Columbia Funds TR CL A | | Dividend | J | T | Bought | 3/20 | J | | |
| 79. - Alger FDS | | Dividend | J | T | Bought | 9/17 | J | | |
| 80. - Dodge & Cox Intl Stock Fund | | Dividend | J | T | Bought | 9/26 | J | | |
| 81. - Ivy FD | | Dividend | J | T | Bought | 6/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cowen, Robert E | 05/05/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1. By letter dated September 29, 1989, Chairman Pratt, after receiving Judicial Ethics Committee authority advised me that in Section VII I need only disclose aggregate income and value information for the above-referenced trust.

2. Item 77 was erroneously listed in last year's report as sold. The transaction was a partial sale only.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544